# *Law Offices of Susan B. Lyons*

*2504 Grand Avenue, Suite 205*
*Baldwin, NY 11510*
*Tel:  (516) 546-2003 ••• Fax: (516) 378-6124*

*Admitted in NY & NC*

March 30, 2009

Via ECF

THE HON. E. THOMAS BOYLE
ALFONSE M. D'AMATO FEDERAL BUILDING
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 Federal Plaza
Central Islip, NY 11722

  Re:  J.P.T. Automotive, Inc. v. Toyota Motor Sales, U.S.A., Inc., 09-CV-204
   Notice of Petition for Bankruptcy – Docket # 8-09-72097

Dear Judge Boyle:

  Please be advised that the Plaintiff in the above referenced action has petitioned the Court for Chapter 11 Reorganization bankruptcy.  The Docket number for that action is above referenced.  Pursuant to said action, please stay the proceeding scheduled for this afternoon at 1:00 p.m. for Preliminary Injunctive Relief as well as all other matters before Your Honor regarding the instant action.

  Considering the fact that my client's refinancing efforts have resulted in a pre-approval letter evidencing the plaintiff's solvency, my client feels the prudent course of action is reorganization.

  I thank you for your kind consideration and attention hereto.

             Yours truly,

             Susan B. Lyons

SBL/dar