# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

J.P.T Automotive, Inc.

v.

Toyota Motor Sales, U.S.A, Inc.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 09-CV-204 (JS)

| PRESIDING USDJ/USMJ | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| E. Thomas Boyle | Susan B. Lyons | Carl J. Chiappa / Katie M. Lachter |

| HEARING/TRIAL DATE | COURT REPORTER/ESR | COURTROOM DEPUTY |
|---|---|---|
| 3/30/09, 4/1/09 | Ellen Combs | L. Lundy |

| PTF. NO. | DFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | FROM TIME | TO TIME |
|---|---|---|---|---|---|---|---|
| ✓ | | 3/30/09 | | | Direct/witness/sworn/Richard Cirillo/testifies | | |
| 1 | | 3/30/09 | ✓ | ✓ | Approval Letter | | |
| | ✓ | 3/30/09 | | | cross/witness/sworn/Richard Cirillo/testifies | | |
| | C | 3/30/09 | ✓ | ✓ | Declaration of Richard Cirillo/testifies | | |
| | A | 3/30/09 | ✓ | ✓ | Toyota Dealer Agreement with Victory Toyota | | |
| | G | 3/30/09 | ✓ | ✓ | Letter from M&T Bank | | |
| | B | 3/30/09 | ✓ | ✓ | Order to Show Cause Temporary Order  09-00286 | | |
| | E | 3/30/09 | ✓ | | JPT Automotive Sales Tax 1/31/09 | | |
| | F | 3/30/09 | ✓ | ✓ | Invoices from Burnside to J.P.T. Victory Toyota | | |
| | H | 3/30/09 | ✓ | ✓ | Forbearance Agreement | | |
| | I | 3/30/09 | ✓ | ✓ | Notice of Default & Notice of Termination | | |
| | J | 3/30/09 | ✓ | ✓ | 10/15/08 Notice of Termination | | |
| | K | 3/30/09 | ✓ | ✓ | 10/20/08 Notice of Termination | | |
| | L | 3/30/09 | ✓ | ✓ | 12/19/08 Extension of Termination Deadline | | |
| | T | 4/1/09 | ✓ | | Letter to Carl J. Chiappa from Susan Lyons | | |
| 2 | | 4/1/09 | ✓ | | Letter to Carl J. Chiappa from Susan Lyons | | |
| 3 | | 4/1/09 | | | Letter to Carl J. Chiappa from Susan Lyons | | |
| | ✓ | 4/1/09 | | | Con't cross/witness/sworn/Richard Cirillo/testifies | | |

*INCLUDE A NOTATION AS TO THE LOCATION OF ANY EXHIBIT NOT HELD WITH THE CASE FILE OR NOT AVAILABLE BECAUSE OF SIZE

PAGE 1 OF 3 PAGE(S)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

J.P.T. Automotive, INC

v.

Toyota Motor Sales, U.S.A, INC.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 09-CV-204 (JS)

| PRESIDING USDJ/USMJ | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| E. Thomas Boyle | Susan B. Lyons | Carl J. Chiappa / Katie M. Lachter |
| HEARING/TRIAL DATE | COURT REPORTER/ESR | COURTROOM DEPUTY |
| 4/1/09 | Ellen Combs | L. Lundy |

| PTF. NO. | DFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | FROM TIME | TO TIME |
|---|---|---|---|---|---|---|---|
| | M | 4/1/09 | ✓ | ✓ | Letter to Frank Trainor from C. Tier, Esq dated 1/20/09 | | |
| | N | 4/1/09 | ✓ | ✓ | Financial Statement of Victory Toyota 1/2008 - 12/2008 | | |
| | O | 4/1/09 | ✓ | ✓ | Financial Statement Victory Toyota 1/2009 - | | |
| | P | 4/1/09 | ✓ | ✓ | Letter to Richard Cirillo From Mr. Gulizzo, dated 12/10/2008 | | |
| | U | 4/1/09 | ✓ | ✓ | Complaint in 09-cv-204 | | |
| | R | 4/1/09 | ✓ | ✓ | Letter to Richard Cirillo from Kevin Cour dtd 1/28/09 | | |
| | S | 4/1/09 | ✓ | | Letter to Richard Cirillo from Kevin Cour dtd 3/24/09 | | |
| ✓ | | 4/1/09 | | | Redirect/witness/sworn/Richard Cirillo/testifies | | |
| 4 | | 4/1/09 | ✓ | ✓ | Letter of Intent from Mr. Chemela dtd 1/14/08 | | |
| 5 | | 4/1/09 | ✓ | ✓ | Letter of Intent from Interstate Mr. Schill 9/16/2008 | | |
| | ✓ | 4/1/09 | | | Re-cross/witness/sworn/Richard Cirillo/testifies | | |
| 6 | | 4/1/09 | ✓ | | Curriculum Vitae Alan Richards | | |
| ✓ | | 4/1/09 | | | Direct/witness/sworn/Alan Richards/testifies | | |
| ✓ | | 4/1/09 | | | cross/witness/sworn/Alan Richards/testifies | | |
| | ✓ | 4/1/09 | | | Financial statement of Victory Toyota 1/2008 - 10/2008 | | |
| ✓ | | 4/1/09 | | | Re-direct/witness/sworn/Alan Richards/testifies | | |
| | ✓ | 4/1/09 | | | Direct/witness/sworn/Kevin Cour/testifies | | |
| ✓ | | 4/1/09 | | | cross/witness/sworn/Kevin Cour/testifies | | |

* INCLUDE A NOTATION AS TO THE LOCATION OF ANY EXHIBIT NOT HELD WITH THE CASE FILE OR NOT AVAILABLE BECAUSE OF SIZE

PAGE 2 OF 3 PAGE(S)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

J.P.T. Automotive, Inc.

v.

Toyota Motor Sales, U.S.A., Inc.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 09-CV-204 (JS)

| PRESIDING USDJ/USMJ | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| E. Thomas Boyle | Susan B. Lyons | Carl J. Chiappa / Katie M. Lachter |
| HEARING/TRIAL DATE | COURT REPORTER/ESR | COURTROOM DEPUTY |
| 4/1/09, 4/2/09 | Ellen Combs | L. Lundy |

| PTF. NO. | DFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | FROM TIME | TO TIME |
|---|---|---|---|---|---|---|---|
| | ✓ | 4/1/09 | | | Direct/witness/sworn/Frank Fumai/testifies | | |
| | W | 4/1/09 | ✓ | | Bank Statement 2/2008 for J.P.T Automotive, Inc. | | |
| ✓ | | 4/2/09 | | | cross/witness/sworn/Frank Fumai/testifies | | |

*INCLUDE A NOTATION AS TO THE LOCATION OF ANY EXHIBIT NOT HELD WITH THE CASE FILE OR NOT AVAILABLE BECAUSE OF SIZE

PAGE 3 OF 3 PAGE(S)